```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

APRIL GREEN,

                Plaintiff,

  - against -

NANCY A. BERRYHILL, Commissioner
of Social Security,

                Defendant.

18cv2857 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the Report and Recommendation of Magistrate Judge Parker dated June 19, 2019. No objections have been filed and the time for filing such objections has passed. In any event, the Court finds that the Report and Recommendation are well founded and should be adopted.

Therefore, the Commissioner's motion for judgment on the pleadings is **granted** and the plaintiff's motion is **denied**. The Clerk of Court is directed to enter judgment dismissing this case. The Clerk is also directed to close this case and to close all pending motions.

**SO ORDERED.**

**Dated:**    New York, New York
           July 9, 2019

                                      **John G. Koeltl**
                                      **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7-9-19